# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEVON ROBERSON-ANDERSON,<br><br>Petitioner,<br><br>v.<br><br>ON HABEAS CORPUS,<br><br>Respondent. | Case No.: 1:19-cv-01645-JLT (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner has filed a habeas corpus action pursuant to 28 U.S.C. ' 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. ' 1915.

The petitioner is challenging a conviction from Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. Good cause appearing, the Court ORDERS that:

1. This action is transferred to the Sacramento Division of the United States District Court for the Eastern District of California;

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

1

3. This court has not ruled on petitioner's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **November 26, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE